# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 13-307
)
FOTIOS GEIVELIS, JR., )
)
Defendant. )

**HEARING ON** SENTENCING

Before Judge Nora Barry Fischer

Leo M. Dillon, AUSA
Appear for USA

R. Damien Schorr, Esquire
Appear for Defendant

Probation – Stephen Lowers
Secret Service – Dan Fisher

Hearing begun 8/14/14 at 11:52 a.m.
Hearing concluded 8/14/14 at 1:08:p.m.

Hearing adjourned to n/a
Stenographer: J. Kienzle
Clerk: M. Palus
Law Clerk: N. Zagari

**WITNESSES:**

For Government
n/a

For Defendant
n/a

Counsel enters their appearance; Court details background of case; Oath administered to Defendant; Court asks Defendant questions re: Presentence Report, Addenda, Tentative Findings, and Stipulation; Defendant answers & understands; Court remarks on Guidelines and pertinent Supreme Court & Third Circuit decisions; Court notes that parties have no further objections to Presentence Report or any Addenda; Court adopts the Presentence Report & Addenda, except as otherwise set forth in the Court's Tentative Findings & Rulings and parties' Stipulation [44], as its Initial Findings and Rulings; Court also comments on letters submitted on Defendant's behalf, Defendant's Sentencing Memorandum [49] & Victim Impact Statements; Court makes additional findings on the record based upon letters and Victim Impact Statements submitted to the Court; Court hears argument and positions from counsel regarding aspects of Sentence; Defendant makes statement to the Court; Sentence Imposed: As to Count 1, the Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of sixty (60) months w/ recommendations more fully stated in Judgment; three (3) years' Supervised Release w/standard and additional conditions; Pursuant to the Stipulation of the parties [44] on 7/28/14, as amended as a function of payments in the amount of $120,000.00 having been made since the filing of said Stipulation, Restitution is ordered in the amount of $3,832,701.00 (Interest waived) (payment details stated more fully in Judgment); Fine waived; $100.00 Special Assessment, due immediately; Pursuant to the Stipulation of the parties [44] on 7/28/14, it is ordered that pursuant to 28 U.S.C. § 2461, 18 U.S.C. § 981(a)(1)(C) and 21, U.S.C. § 853(P), defendant Fotios Geivelis, Jr. shall forfeit the sum of $1,728,021.00 to the United States; Court states its reasons for imposition of Sentence; Court advises Defendant of appeal rights; Counts 2-13 dismissed upon oral Motion of the Government; Defendant returned to custody of U.S. Marshal.